# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CLINTON LEE POORES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:22-cv-01034-MHH-JHE |
| | ) |
| JOHN HAMM, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

Plaintiff Clinton Lee Poores filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 regarding alleged civil rights violations. (Doc. 1). On May 1, 2025, pursuant to 28 U.S.C. § 1915A(b)(2), the magistrate judge entered a revised report in which he recommended dismissal with prejudice of Mr. Poores's official capacity claims against the defendants for monetary relief because the defendants, in their official capacities, are immune from such relief. (Doc. 13). Pursuant to 28 U.S.C. § 1915A(b)(1), the magistrate judge also recommended dismissal without prejudice of Mr. Poores's other claims because Mr. Poores has not stated a claim upon which relief may be granted. (Doc. 13). The magistrate judge advised Mr. Poores of his

right to file written objections within 14 days. (Doc. 13). To date, the Court has not received objections.[1]

Having reviewed the electronic record in this case and the magistrate judge's report, the Court adopts the report and accepts the magistrate judge's recommendation. By separate order, the Court will dismiss Mr. Poores's official capacity claims against the defendants for monetary relief with prejudice and will dismiss Mr. Poores's other claims against the defendants without prejudice.

**DONE** and **ORDERED** this June 26, 2025.

*Madeline H. Haikala*
_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

[1] On April 9, 2025, the magistrate judge entered a report and recommendation. (Doc. 11). On May 1, 2025, the magistrate judge withdrew the report, (Doc. 12), and entered a revised report and recommendation, (Doc. 13). The magistrate judge advised Mr. Poores that he must file written objections within 14 days. After learning that Mr. Poores has been transferred from Limestone Correctional Facility to Hamilton Aged & Infirmed, (Doc. 14, p. 1), on May 22, 2025, the magistrate judge directed the Clerk of Court to resend the revised report and recommendation to Mr. Poores at his current address and advised Mr. Poores that if he wished to object, he must file written objections within 14 days. (Doc. 14).